UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) |
| v. | ) Criminal No. 18-CR-10468-NMG |
| | ) |
| **LUIS GUERRERO** | ) |

### Defendant's Supplemental Memorandum Regarding Defendant's Release

In addition to the previously-filed motions and exhibits, the defendant draws the Court's attention to the matter of U.S. v. Martinez, 19-CR-10348-RGS, which was argued Friday, May 8, and decided May 11, 2020.

In that case, the individual is charged with Conspiracy to Distribute and Possession with Intent to Distribute over 40 grams of Fentanyl, which carries a five-year minimum mandatory sentence. The individual is 41 years old, has strong family ties in the community (longtime life partner, and children), has been living in the United States for over twenty years, was working full time at the time of his arrest, has a minimal criminal record, was being held at the Donald W. Wyatt detention facility, and has ties to the Dominican Republic.

Although Mr. Martinez is a legal permanent resident, other than that fact, the circumstances of his case appear

1

to be analogous to Mr. Guerrero's.  Judge Stearns ordered Mr. Martinez released.

In doing so, he held:

> Judge Richard G. Stearns: ELECTRONIC ORDER entered as to Alvaro Martinez re [36] MOTION for Release from Custody filed by Alvaro Martinez, [40] MOTION for Release from Custody – *Proposed Conditions of Release* filed by Alvaro Martinez. After a hearing held Friday, with defendant and his counsel present, the court concludes that the pretrial release of Mr. Martinez is appropriate given the extraordinary circumstances present by the Covid-19 emergency. The court has reviewed the sealed medical records and agrees that Mr. Martinez is more vulnerable than most males his age to potential infection. The court also finds that, while the crime for which Mr. Martinez is accused is serious, his prior criminal record is relatively slight - the only recorded crime of violence (assault and battery) dates some sixteen years ago to his youth. Mr. Martinez is a lawful resident of the U.S., and judging by my brief conversation with him at the hearing, is well acculturated to his American environment. He is presently involved in a stable domestic relationship and is providing support to his children I do not therefore deem him a risk of flight to his native Dominican Republic or anywhere else. The court will therefore order Mr. Martinez released pending trial subject to the conditions signed by the defendant.

U.S. v. Martinez, 19-CR-10348-RGS (Doc.# 42).  The same compelling circumstances that existed for Mr. Martinez's release from custody for Mr. Guerrero as well.  Mr. Guerrero has strong family ties, has lived in Boston for over twenty years, has no record of prior convictions, is not a flight risk, was employed at the time of his arrest, is being held at Wyatt (which has seen a recent

surge in positive COVID-19 inmates), is at an age and has pre-existing medical conditions that put him at greater risk regarding the COVID-19 virus. Given this, and all the reasons previously stated, the defendant prays that this Honorable Court grant his release from pre-trial detention.

Respectfully submitted,

By:

/s/ Austin C. Tzeng
AUSTIN C. TZENG
Law Office of Austin C. Tzeng
Suite 501
21 Mayor Thomas J. McGrath Hwy
Quincy, MA 02169
781-929-4882
COUNSEL TO LUIS GUERRERO

**CERTIFICATE OF SERVICE**

    The defendant hereby certifies that the foregoing was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants.

                                              /s/ Austin C. Tzeng, Esq.
                                              Austin C. Tzeng, Esq.