United States District Court
District of Massachusetts

| | |
|---|---|
| United States of America </br></br> v. </br></br> Luis Mejia Guerrero, </br></br> Defendant. | Criminal Action No. </br> 18-10468-NMG |

**MEMORANDUM & ORDER**

**GORTON, J.**

This case arises out of a criminal investigation into a suspected drug trafficking conspiracy in the greater Boston area. Pending before the Court is the motion of defendant Luis Mejia Guerrero ("Guerrero" or "defendant") to suppress evidence obtained through a search of his residence at 88 Crawford Street in Dorchester, Massachusetts.

Guerrero contends that the affidavit used to support the issuance of a search warrant failed to establish probable cause to believe that contraband or evidence of a crime would be found at 88 Crawford Street. Accordingly, he seeks to suppress the evidence seized from that search, including a passport, a social security card, other identification cards, various documents, a digital scale and $7,800 in cash.

The government responds that it does not intend to offer any such evidence at Guerrero's trial. For that reason,

defendant's motion to suppress is **DENIED as moot**. Defendant may, of course, renew his motion should the government change direction and offer such evidence at trial.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated April 29, 2021